based on the plaintiff's failure to satisfy a precondition, that dismissal operates as an adjudication on the merits). A dismissal with prejudice bars the litigant from refiling the same complaint even if the litigant is prepared to pay the filing fee.

The district court abused its discretion when it *sua sponte* dismissed Daker's complaint with prejudice based on its determination that his allegations of poverty were untruthful without first providing him notice and an opportunity to explain the perceived deficiencies in his allegations of poverty. Although Daker had notice that courts had been dubious of his allegations of poverty in some earlier cases, we cannot say that the district court could dispense with the necessity of providing Daker notice and an opportunity to be heard before the dismissal of this case. Accordingly, we vacate the order dismissing Daker's complaint and remand for the district court to provide Daker an opportunity to be heard about the truthfulness of his allegations of poverty.

**VACATED and REMANDED.**

Adam W. Overstreet, Kenyen Ray Brown, George F. May, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Before TJOFLAT, HULL and WILLIAM PRYOR, Circuit Judges.

PER CURIAM:

Arthur J. Madden, III, appointed counsel for Brandon Bullock in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bullock's conviction and sentence are **AFFIRMED**.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Brandon Wayne BULLOCK, Defendant-Appellant.**

**No. 16-17380**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(August 4, 2017)

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Randy Bernard BRAGG, Defendant-Appellant.**

**No. 17-11913**
**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(August 4, 2017)